**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JAMES JONES**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **JAMES JONES,** | No.   1:17-cv-01318-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 4, 2018

This is a first extension. Plaintiff' has two attorneys, at opposite ends of the country, and the undersigned attorney was out of town three days last week, will be on vacation next week, and has many other matters.

1

Dated: April 5, 2018

                    ___/s/_____
                    JESSE S. KAPLAN
                    Attorney for Plaintiff


PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: April 5, 2018                  */s/ per e-mail authorization*

                    TINA NAICKER
                    Special Assistant U.S. Attorney
                    Attorney for Defendant

# **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file the opening brief is extended to May 4, 2018 and other deadlines in the Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __**April 6, 2018**__             /s/ Eric P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE