MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JAMES JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-01318-EPG<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME AND ORDER GRANTING EXTENSION (FIRST REQUEST) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Motion for Summary Judgment (Dkt. No. 16, filed on May 4, 2018), currently due on June 4, 2018, by 31 days, through and including Thursday, July 5, 2018. Defendant further requests that all subsequent deadlines set forth in the Court's Scheduling Order (Dkt. No. 6) be extended accordingly.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion. The Court previously granted the parties' stipulation for an extension for Plaintiff's motion (Dkt. No. 15). There is good cause for this extension. Defendant respectfully requests this additional

time to allow sufficient time to adequately research and evaluate the issues raised in Plaintiff's motion, and to prepare Defendant's response to the motion. The Of Counsel for Defendant is a newer hire who recently received this case assignment and needs more time to draft the Memorandum and go through the necessary in-house reviews. In addition, the attorney of record for the Commissioner has had workload issues, including finalizing several Ninth Circuit answering briefs, and has had pre-approved leave. This request is made in good faith and with no intention to unduly delay the proceeds. Counsel apologizes to the Court for any inconvenience caused by this delay.

Counsel for Defendant conferred with Plaintiff's counsel on May 29, 2018, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Summary Judgment, through and including July 5, 2018.

Respectfully submitted,

Dated: May 30, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
Allison J. Cheung
Assistant Regional Counsel, Region IX

# ORDER

IT IS ORDERED that the Unopposed Motion for Extension of Time (ECF No. 18) is Granted. Defendant is granted an extension of time to July 5, 2018, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **May 30, 2018**         /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE