# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JONES,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:17-cv-01318-EPG<br><br>FINAL JUDGMENT AND ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT |

     This matter is before the Court on the Plaintiff's complaint for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding his application for Disability Insurance Benefits and Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Ninth Circuit.

     The court, having reviewed the record, administrative transcript, the briefs of the parties, the applicable law, and having heard oral argument, finds as follows:

     For the reasons announced by the Court on the record at the conclusion of the parties' oral argument on November 1, 2018, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

\\\
\\\
\\\
\\\

1

| | |
|---|---|
| 1 | The Clerk of the Court is directed to close this case. |
| 2 | |
| 3 | |
| 4 | IT IS SO ORDERED. |
| 5 | Dated: **November 1, 2018**　　　　　　/s/ *Eric P. Gros[...]* |
| 6 | UNITED STATES MAGISTRATE JUDGE |